

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-16-00593-CV

Alvin M. **BURNS** and I.M. Burns,
Appellants

v.

**DIMMIT COUNTY, TEXAS**, Roberto Ramirez, and Edward Dryden, Eusebio Cantu Torres,
Eusebio Torres, Jr., Gladiator Energy Services, LLC, Hope Balderas, Juan Morales Balderas, and
Lucia Balderas Lopez,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

## O R D E R

The appellees and cross appellees second joint motion for extension of time to file brief is hereby GRANTED. Time is extended to February 20, 2018. "No further extensions absent extraordinary circumstances."

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2018.

KEITH E. HOTTLE,
Clerk of Court